IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

FILED 6/5/2002 8:28:40 AM, USDC, Southern District of Iowa

| | |
|---|---|
| BANDAG, INCORPORATED, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELIN RETREAD TECHNOLOGIES, INCORPORATED, a Delaware Corporation, and MICHELIN NORTH AMERICA, INCORPORATED, a New York Corporation, MICHELIN CORPORATION, INC., a New York Corporation, CAMPAGNIE GENERALE DES ETABLISSEMENTS MICHELIN, a French Corporation, and COMPAGNIE FINANCIER MICHELIN, a Swiss Corporation,<br><br>Defendants.<br><br>MICHELIN RETREAD TECHNOLOGIES, INCORPORATED and MICHELIN NORTH AMERICA, INCORPORATED,<br><br>Counterclaimants,<br><br>vs.<br><br>BANDAG, INCORPORATED,<br><br>Counterdefendant,<br><br>and<br><br>BRIDGESTONE/FIRESTONE, INC.,<br><br>Third-Party Defendant. | **Civil No. 4:02-cv-40204**<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41 and based upon the parties' stipulation and

having heard and considered the parties' representations concerning their agreements and the resolution

of the claims presented in this action, this cause is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The court has been advised by counsel that case materials on file under seal with the Clerk of the Court may be destroyed. The Clerk is therefore directed to retain the sealed documents and materials for two additional weeks from the date of this order, and then to dispose of the documents and materials in a fashion that protects against any public disclosure of the confidential materials.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2002.

JAMES E. GRITZNER, JUDGE
UNITED STATES DISTRICT COURT